**Jean A. GARDNER, Appellant,**

v.

**Anthony J. PRINCIPI, Secretary, Department of Veterans Affairs,[1] Appellee.**

No. 00–3635.

United States Court of Appeals, Eighth Circuit.

Submitted May 22, 2001.

Filed June 13, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Jean A. Gardner, a former employee of the Department of Veterans Affairs (VA), alleged that the VA discriminated and took adverse employment action against her on various occasions between 1987 and 1999. The District Court[2] granted summary judgment for the VA in Gardner's action alleging age, race, and sex discrimination and retaliation. Gardner appeals.

Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated by the District Court, and because Gardner did not exhaust her administrative remedies by timely pursuing

1. Anthony J. Principi has been appointed to serve as Secretary of Veterans Affairs, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

2. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

her administrative complaint. *See* 29 C.F.R. §§ 1614.105–.106 (administrative requirements); *Briley v. Carlin,* 172 F.3d 567, 571 (8th Cir.1999) (holding that "an employee cannot bring a discrimination claim without first exhausting his or her administrative remedies"); *McAlister v. Sec'y of Dep't of Health and Human Servs.,* 900 F.2d 157, 158 (8th Cir.1990) ("[A]dministrative remedies must be exhausted before a federal employee may bring an employment discrimination claim against federal employer.").